Chester P. White, Appellee, v. Stenson Brewing Company and John Scarmeas.
Appeal of Stenson Brewing Company, Appellant.

Gen. No. 42,859.

Heard in the first division, first district, this court at the October term, 1943; opinion filed April 3, 1944. James J. McKenna, for appellant; Jeremiah Buckley, of counsel; Royal W. Irwin, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.